## NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000637
21-SEP-2020
09:04 AM**

NO. CAAP-19-0000637

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KIMO WOELFEL, Plaintiff-Appellee, v.
KELLEE SERRANO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CIVIL NO. 1RC17-1-005213)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (**Stipulation**), filed July 20, 2020, by Defendant-Appellant Kellee Serrano, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the Stipulation is signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, September 21, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge